IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40168
Summary Calendar
_____


LIGIA MORICE ZAVALNEY,

                                        Plaintiff-Appellant,


versus

FEDERAL DEPOSIT INSURANCE CORPORATION,

                                        Defendant-Appellee.


                    - - - - - - - - - -
                     CONSOLIDATED WITH
                        No. 96-40169
                    - - - - - - - - - -

LIGIA MORICE ZAVALNEY,

                                        Plaintiff-Appellant,


versus

FEDERAL DEPOSIT INSURANCE CORPORATION,

                                        Defendant-Appellee.


                    - - - - - - - - - -
        Appeals from the United States District Court
            for the Eastern District of Texas
                 USDC No. 4:95-cv-326
                    - - - - - - - - - -
                   December 12, 1996
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Ligia Morice Zavalney filed two motions to proceed in forma pauperis in appeals docketed as cause No. 96-40168 and No. 96-40169. This court must examine the basis of its jurisdiction on its own motion if necessary. Mosley v. Cozby, 813 F.2d 659, 660 (5th Cir. 1987). Zavalney's appeals must be dismissed for lack of jurisdiction, as they are not taken from a final or otherwise appealable order. See 28 U.S.C. §§ 1291, 1292. The court directs the clerk's office to consolidate Zavalney's appeals in No. 96-40168 and No. 96-40169. See Holloway v. Walker , 800 F.2d 479, 480 (5th Cir.), cert. denied, 479 U.S. 984 (1986). The appeals are DISMISSED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.